# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARY FIELDS,
Appellant,
vs.
MOBETIZE CORP., A NEVADA
CORPORATION; AJAY HANS; MALEK
LADKI; AND DONALD DUBERSTEIN,
Respondents.

No. 73093

FILED

MAY 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is purportedly an appeal from a district court order that, in part, denied appellant's motion for preliminary injunction. However, it appears the district court has not yet entered a written order resolving appellant's motion for preliminary injunction. A district court's minute order is ineffective for any purpose and cannot be appealed, and a written order or judgment must be filed before a district court ruling can be appealed. *See Rust v. Clark Cnty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]We grant appellant's motion to file a motion for injunction that exceeds the page limit and direct the clerk to file the "emergency" motion received on May 23, 2017. In light of this order, we deny the motion for injunction as moot.

17-17352

cc: Hon. Kathleen E. Delaney, District Judge
Ballard Spahr, LLP
Kolesar & Leatham, Chtd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A